UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNAMARIE B., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No.: 20-cv-1943-DEB <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** <br><br> **[DKT. NO. 2]** |

      Before the Court is Plaintiff Donnamarie B.'s Application to Proceed *in forma pauperis*. Dkt. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all her assets, showing she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (internal quotations omitted). An affidavit is sufficient if it shows the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id.* (internal quotations omitted).

      Here, Plaintiff's application states she is unemployed, has limited assets, and a $385.00 fixed monthly income in food stamps and general relief. Dkt. No. 2 at 2. Plaintiff's

three minor children rely on Plaintiff and her boyfriend for support. *Id*. at 3. Plaintiff has no cash, checking or savings accounts, or assets. *Id*. at 2–3. Plaintiff's only expenses are for food and supporting her children. *See id*. at 4. Based on the foregoing, the Court finds Plaintiff has sufficiently shown that she lacks the financial resources to pay her filing fee. Accordingly, Plaintiff's Application to Proceed with her Complaint *in forma pauperis* is GRANTED.

**IT IS SO ORDERED**.

Dated:  October 1, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge