# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNAMARIE DUENAS BORJA,<br><br>                             Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>                             Defendant. | Case No.:  20-cv-1943-MMA (DEB)<br><br>**ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

On October 1, 2020, Donnamarie Duenas Borja filed this social security appeal challenging the denial of her application for disability insurance benefits.  *See* Doc. No. 1 at 2.  All matters in this social security appeal are hereby referred to United States Magistrate Judge Daniel E. Butcher for report and recommendation pursuant to Section 636(b)(1)(B) of Title 28 of the United States Code, and Civil Local Rule 72.1.  *See* 28 U.S.C. § 636(b)(1)(B); S.D. Cal. Civ. LR 72.1.

**IT IS SO ORDERED.**

Dated:  October 26, 2020

*[signature]*

HON. MICHAEL M. ANELLO
United States District Judge