UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNAMARIE B., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No.: 20-cv-1943-MMA (DEB) <br><br> **ORDER GRANTING DEFENDANT'S MOTION TO STRIKE ECF NUMBERS 12 AND 14** <br><br> **[DKT. NO. 17]** |

Before the Court is Defendant's Motion to Strike ECF Numbers 12 and 14. Dkt. No. 17. Defendant seeks to remove Dkt. Nos. 12 and 14 from the docket because they "contain confidential information pertaining to an individual other than the plaintiff and erroneous page numbering." The Court GRANTS the Motion. The Clerk is instructed to STRIKE Dkt. Nos. 12 and 14 from the docket.

**IT IS SO ORDERED**.

Dated: September 23, 2021

Honorable Daniel E. Butcher
United States Magistrate Judge